UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA M. LARKINS,

     Plaintiff,

v.

INTERNATIONAL UNION,
UNITED AUTOMOBILE,
AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA
*et al.*,

     Defendants.

_____/

Case No. 25-12106

F. Kay Behm
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE
JUDGE'S JUNE 30, 2026, REPORT AND RECOMMENDATION
(ECF No. 27)**

This is an employment discrimination action brought *pro se* by

Plaintiff Sheila Larkins.  Before the court is Magistrate Judge Ivy's

June 30, 2026 Report and Recommendation.  (ECF No. 27).  Magistrate

Judge Ivy recommends that the complaint be dismissed for failure to

prosecute and for failure to show cause when ordered.  The court is fully

advised in the premises and has reviewed the record and the pleadings.

No party has filed objections, which were due July 14, 2026.  "[T]he

failure to object to the magistrate judge's report[] releases the Court

from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition on the grounds stated in that report and recommendation.  The court will accept and adopt the Report and Recommendation (ECF No. 27) and therefore **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).  All pending motions are thus denied as moot.  A judgment will follow.

  **SO ORDERED**.

Date: July 21, 2026        s/F. Kay Behm
                F. Kay Behm
                United States District Judge

2