UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA M. LARKINS,                           Case No. 25-12106

     Plaintiff,                            F. Kay Behm
v.                                           United States District Judge

INTERNATIONAL UNION,                         Curtis Ivy, Jr.
UNITED AUTOMOBILE,                           United States Magistrate Judge
AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA
*et al.*,

     Defendants.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the

court's order dismissing this case, this civil action is **DISMISSED**

**WITHOUT PREJUDICE**.

     **SO ORDERED**.

Date: July 21, 2026                    s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge